ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6100, PJKK Federal Building
300 Ala Moana Blvd
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Rebecca.Perlmutter@usdoj.gov

Attorneys for the
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 02 2019
at 12 o'clock and 56 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. CR19 00088 HG |
|---|---|
| Plaintiff, | ) |
| | ) INFORMATION |
| v. | ) |
| | ) [18 U.S.C. § 4] |
| LYNDIE KAUHI, | ) |
| | ) |
| Defendant. | ) |

INFORMATION

The U.S. Attorney charges:

<u>Misprison of a Felony</u>
(18 U.S.C. § 4)

From in or around October 2012 through in or around April 2018, within the District of Hawaii and elsewhere, the defendant, LYNDIE KAUHI, having knowledge of the actual commission of a felony cognizable by a court of the United States, concealed and did not as soon as possible make known the same to some judge or other person in civil authority under the United States.

All in violation of Title 18, United States Code, Section 4.

DATED: July 2, 2019, at Honolulu, Hawaii.

_____
KENI M. PRICE
United States Attorney
District of Hawaii


_____
REBECCA A. PERLMUTTER
Assistant United States Attorney




United States v. Lyndie Kauhi
Information
Cr. No.

2