

**ORIGINAL**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Rebecca.Perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 02 2019
at 12 o'clock and 56 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. CR19 00088 HG |
|---|---|
| Plaintiff, | ) NOTICE OF RELATED CASE(S) |
| vs. | ) |
| LYNDIE KAUHI, | ) |
| Defendant. | ) |

## NOTICE OF RELATED CASE(S)

Pursuant to Hawaii Local Rule 40.2 and Crim. Local Rule 12.3, the United

States Attorney gives notice herein that the above-captioned Indictment involves

the same transactions, subject matter, and offenses as the following previous proceedings:

1) <u>United States v. Neil Kauhi</u>, Cr. No. 18-00101 HG

DATED: July 2, 2019, at Honolulu, Hawaii.

Respectfully submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii

By /s/ Rebecca A. Perlmutter
REBECCA A. PERLMUTTER
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA